IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kuh, Kurt A | Case Number: 05 B 14697 |
|---|---|---|
| | Kuh, Laura L | Judge: Wedoff, Eugene R |
| | Printed: 8/5/08 | Filed: 4/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 10, 2008
Confirmed: June 2, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 65,749.79 | |
| Secured: | | 39,855.22 |
| Unsecured: | | 18,441.99 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 3,263.37 |
| Other Funds: | | 1,489.21 |
| Totals: | 65,749.79 | 65,749.79 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Everhome Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Everhome Mortgage Company | Secured | 39,855.22 | 39,855.22 |
| 4. | RoundUp Funding LLC | Unsecured | 2,674.69 | 3,231.09 |
| 5. | ECast Settlement Corp | Unsecured | 831.96 | 1,005.02 |
| 6. | ECast Settlement Corp | Unsecured | 985.49 | 1,190.47 |
| 7. | Target National Bank | Unsecured | 2,320.37 | 2,803.09 |
| 8. | ECast Settlement Corp | Unsecured | 2,184.86 | 2,639.32 |
| 9. | Resurgent Capital Services | Unsecured | 2,495.70 | 3,014.90 |
| 10. | ECast Settlement Corp | Unsecured | 736.80 | 890.08 |
| 11. | ECast Settlement Corp | Unsecured | 1,702.39 | 2,056.54 |
| 12. | Resurgent Capital Services | Unsecured | 769.47 | 929.54 |
| 13. | Household | Unsecured | 564.38 | 681.94 |
| 14. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| | | | $ 57,821.33 | $ 60,997.21 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 209.96 |
| 5.5% | 937.44 |
| 5% | 284.32 |
| 4.8% | 507.14 |
| 5.4% | 1,143.97 |
| 6.5% | 180.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Kuh, Kurt A  <br>  Kuh, Laura L  <br>  Printed:  8/5/08 | Case Number:  05 B 14697  <br> Judge:  Wedoff, Eugene R  <br> Filed:  4/15/05 |

_____
$ 3,263.37

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                              Marilyn O. Marshall, Trustee, by:

